IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 22-cv-02517-CNS-STV | Date: June 8, 2023 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JESSICA ROCKWELL<br>CLAUDIA SAMPEDRO<br>TARA LEIGH PATRICK<br>PAOLA CANAS<br>ROSA ACOSTA<br>URSULA MAYES<br>**Plaintiffs** | *Joseph Casas via VTC* |
| **v.** | |
| MAR-LAU ENTERPRISES INC<br>**Defendant** | |

## COURTROOM MINUTES

**DAMAGES HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel via video teleconference.

Discussion held on service and personal jurisdiction.

**ORDERED: Plaintiff is to conduct additional investigation and service, as outlined on the record.**

Claims one through four are deemed appropriate for entry of judgment after personal jurisdiction is established.

Court in Recess: 10:06 a.m. Hearing concluded. Total time in Court: 00:06